394 P.3d 775

RESEARCH INSTITUTE FOR HAWAII.USA and Christopher Damon Haig as an individual, Plaintiffs-Appellants-Cross-Appellees,

v.

Kay Lorraine BATE; Linda Hamilton Krieger, Raymund Liongson, Kim Coco Iwamoto, Wallace Fukunaga, Artemio Baxa, in their official capacities as Commissioners of the Hawaiʻi Civil Rights Commission, Department of Labor & Industrial Relations, State of Hawaiʻi; William D. Hoshijo, in his official capacity as Executive Director of the Hawaiʻi Civil Rights Commission, Department of Labor & Industrial Relations, State of Hawaiʻi; Hawaiʻi Civil Rights Commission, Department of Labor & Industrial Relations, State of Hawaiʻi, Defendants-Appellees-Cross-Appellants.

SCAP-15-0000783

Supreme Court of Hawaiʻi.

May 10, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CAAP-15-0000783; CIV. NO. 14-1-2014)

Affirmed.

394 P.3d 775

STATE of Hawaiʻi, Respondent/Plaintiff-Appellee,

v.

Ross COLLINS aka Rip Collins, Petitioner/Defendant-Appellant.

SCWC-13-0002691

Supreme Court of Hawaiʻi.

May 10, 2017

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS (CAAP-13-0002691; CR. NO. 13-1-0133)

SUMMARY DISPOSITION ORDER

Affirmed.

394 P.3d 775

Julie M. SIGWART, Individually and as Trustee of the Revocable Living Trust Dolphin Star Trust Dated December 10, 2003, and James L.K. Dahlberg, Plaintiffs-Appellants,

v.

THE LAW OFFICE OF DAVID B. ROSEN, A Law Corporation, David B. Rosen, and Doe Defendants 1-50, Defendants-Appellees.

SCAP-13-0005253

Supreme Court of Hawaiʻi.

May 26, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CAAP-13-0005253; CIV. NO. 13-1-2097-07)

SUMMARY DISPOSITION ORDER

Affirmed.

